**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eduardo MARTINEZ–GLORIA,
Defendant–Appellant.**

**No. 13–10126.**

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2014.*

Filed July 10, 2014.

Christina Marie Cabanillas, Assistant U.S., United States District Court, Tucson, AZ, for Plaintiff–Appellee.

Dan W. Montgomery, Law Office of Dan Montgomery, Tucson, AZ, for Defendant–Appellant.

Eduardo Martinez–Gloria, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Eduardo Martinez–Gloria appeals from the district court's judgment and challenges his guilty-plea conviction and 50–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Martinez–Gloria's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Martinez–Gloria the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Martinez–Gloria has waived his right to appeal his conviction and 50–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.